**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

GARY BALENTINE and  PLAINTIFFS
SHERRY BALENTINE

v.  No. 4:10CV00228 JLH

USF&G SPECIALTY INSURANCE COMPANY  DEFENDANT

**ORDER**

Andrea Brock has filed a motion to withdraw as counsel for the plaintiffs, Gary Balentine and Sherry Balentine. The Court hereby ORDERS that on or before June 2, 2010, Gary Balentine and Sherry Balentine must respond to Andrea Brock's motion to withdraw as counsel. Their response must state whether they oppose the motion for Andrea Brock to withdraw and, if they oppose the motion, state the reasons for their opposition. If they do not oppose the motion, they must either give notice that they intend to proceed pro se and include in that notice an address and telephone number whereby the Court and opposing counsel may communicate with them concerning this case; or they must have a new lawyer enter an appearance as plaintiffs' counsel, also by June 2, 2010. If Gary Balentine and Sherry Balentine do not comply with this Order, the Court will dismiss their case without prejudice.

The Court directs that Andrea Brock immediately serve this Order on Gary Balentine and Sherry Balentine and file notice that this Order has been served on them.

IT IS SO ORDERED this 3rd day of May, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE