IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GARY BALENTINE and SHERRY BALENTINE          PLAINTIFFS

v.                    Case No. 4:10-cv-228-DPM

GEO VERA SPECIALTY INSURANCE CO., INC.          DEFENDANT

ORDER

The Defendant's motion to vacate the initial scheduling order, *Document No. 14*, is granted. An amended initial scheduling order will issue soon.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 August 2010